UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARCADIO HERNANDEZ AND GEORGINA LOPEZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-1469-B |
| WESTLAKE SERVICES LLC, MVCONNECT, LLC, AND THE CAR SOURCE, LLC DBA HIDE AND SEEK AUTO RECOVERY, | § § § § § § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

Plaintiffs Arcadio Hernandez and Georgina Lopez filed their Complaint on June 14, 2024. Doc. 1, Compl. Plaintiffs were required to serve Defendants by September 12, 2024. FED. R. CIV. P. 4(m). On September 3, 2024, Defendants Westlake Services LLC and MVConnect LLC filed their answers to Plaintiffs' Amended Complaint. Doc. 14, Answer; Doc. 15, Answer. Defendant The Car Source d/b/a Hide and Seek Auto Recovery ("The Car Source")'s Answer was due September 4, 2024. After reviewing the papers and pleadings on file, the Court notes that Plaintiffs have failed to file proof of service of process of the Amended Answer for The Car Source.

Therefore, the Court **ORDERS** the following: Plaintiffs must serve The Car Source with a summons and a copy of the Amended Complaint on or before **September 23, 2024**. Failure to do so will result in Plaintiffs' claims being dismissed without prejudice. FED. R. CIV. P. 4(c)(1), 4(m).

-1-

SO ORDERED.

SIGNED: September 17, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-2-